# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00078-CV

**Kristie Thompson, Appellant**

**v.**

**Marshall Reddick Real Estate, Appellee**

## FROM THE COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY
## NO. 21-1501-CC1, THE HONORABLE BRANDY HALLFORD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was due on April 8, 2022. On April 25, 2022, this Court sent a notice to appellant informing her that her brief was overdue and that failure to file a satisfactory response by May 5, 2022, would result in dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Edward Smith, Justice

Before Chief Justice Byrne, Justices Kelly and Smith

Dismissed for Want of Prosecution

Filed: May 20, 2022